IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG 10 AM 11:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-20095 / 05-20171 |
| LATONIA JOHNSON, | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

Before the Court is the Defendant's Motion to Continue August 10, 2005 Sentencing, filed August 8, 2005. The motion is hereby GRANTED and the Sentencing hearing is RESET to <u>Friday, October 21, 2005 at 2:30 p.m.</u>

SO ORDERED this 9 DAY OF August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-11-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20171 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT