IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY _____ D.C.

05 SEP -7 PM 3: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>LATONIA JOHNSON )<br>)<br>Defendant ) | NO: 2:05CR20171-01 |

## ORDER GRANTING MOTION TO RESET
## SENTENCING HEARING

It appearing to the Court that the attorney of the defendant's motion to reset the sentencing hearing in this case is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the request to reset the sentencing hearing is granted and the hearing is reset until October 27, 2005 at 2:30 P.M..

ENTERED this the ___7___ day of ___Sept.___, 2005

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-7-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20171 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT